

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

**June 6, 2022**

Mark B. Busby, Clerk of Court
United States District Court
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

District Court Appeal Number:

**4:22-CV-02781**

Re:   Transmittal of Record on Appeal to District Court:

**Bankruptcy Case# 20-30242 Anthony Scott Levandowski: Judge: Hannah L. Blumenstiel**

Dear Clerk:

We are electronically transmitting the following documents to your court for the above referenced matter:

- ☑ Docket Report
- ☑ Certificate of Record
- ☑ Appellant's Designation of Items and Statement of Issues
- ☑ Appellee's Designation of Additional Items (if applicable)
- ☐ Cross-Appellant's Designation of Additional Items and Statement of Issues (if applicable)
- ☐ Cross-Appellee's Designation of Additional Items (if applicable)
- ☐ Certificate of No Transcript Requests (if applicable)
- ☐ Statement of Evidence When a Transcript is Unavailable (if applicable)
- ☐ Agreed Statement as the Record on Appeal (if applicable)
- ☐ Other

If you have any questions, please contact me at **415-268-2357**   .

Edward Emmons, Clerk
United States Bankruptcy Court

By: *Charlynne Hughes*

Charlynne Hughes, Deputy Clerk