**APPEAL, MARIN, DsclsDue, DebtEd**

# U.S. Bankruptcy Court
## California Northern Bankruptcy Court (San Francisco)
### Bankruptcy Petition #: 20−30242

|  |  |
|---|---|
| *Assigned to:* Judge Hannah L. Blumenstiel | *Date filed:* 03/04/2020 |
| Chapter 11 | *Plan confirmed:* 05/02/2022 |
| Voluntary | *341 meeting:* 05/15/2020 |
| Asset | *Deadline for filing claims:* 07/06/2020 |
|  | *Deadline for objecting to discharge:* 06/08/2020 |

*Debtor*
**Anthony Scott Levandowski**
1655 Oak Avenue
Saint Helena, CA 94574
MARIN−CA
SSN / ITIN: xxx−xx−3994

represented by **Danisha Brar**
Keller Benvenutti Kim LLP
650 California St. Suite 1900
San Francisco, CA 94108
415−496−6723
Email: dbrar@kbkllp.com

**Neel Chatterjee**
Goodwin Procter LLP
601 Marshall St.
Redwood City, CA 94063
650−752−3256
Email: NChatterjee@goodwinlaw.com

**Jennifer C. Hayes**
Finestone Hayes LLP
456 Montgomery St., 20th Fl
San Francisco, CA 94104
(415) 616−0466
Email: jhayes@fhlawllp.com

**Tobias S. Keller**
Keller Benvenutti Kim LLP
650 California St. #1900
San Francisco, CA 94108
(415) 796−0709
Email: tkeller@kbkllp.com

**Dara Levinson Silveira**
Keller Benvenutti Kim LLP
650 California St. #1900
San Francisco, CA 94108
415−364−6793
Email: dsilveira@kbkllp.com

**Brett M. Schuman**
Goodwin Procter LLP
Three Embarcadero Center
28th Floor
San Francisco, CA 94111−4003
(415) 733−6000
Email: bschuman@goodwinlaw.com

**Hong−An Vu**
Goodwin Procter LLP

601 S. Figueroa St., Suite 4100
Los Angeles, CA 90017−5704
213−426−2500
Email: hvu@foundationlaw.com
*TERMINATED: 11/05/2021*

**Rachel M. Walsh**
Goodwin Procter LLP
Three Embarcadero Center
San Francisco, CA 94111
(415) 733−6000
Email: rwalsh@goodwinlaw.com

**William P. Weintraub**
Goodwin Procter LLP
620 Eighth Ave.
New York, NY 10018−1405
212−813−8839
Email: WWeintraub@goodwinlaw.com

| | | |
|---|---|---|
| *U.S. Trustee* **Office of the U.S. Trustee / SF** Phillip J. Burton Federal Building 450 Golden Gate Ave. 5th Fl., #05−0153 San Francisco, CA 94102 (415)705−3333 | represented by | **Trevor Ross Fehr** Office of the U.S. Trustee 280 S 1st St. #268 San Jose, CA 95113 (408) 535−5525 Email: trevor.fehr@usdoj.gov |

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 05/18/2022 | | 1089 | Statement of Issues on Appeal,*California Franchise Tax Board's Statement of Issues and Designation of Record on Appeal* (RE: related document(s)1036 Notice of Appeal and Statement of Election filed by Creditor California Franchise Tax Board). Filed by Creditor California Franchise Tax Board (Porter, Cara). NOTE: Additional event code not selected. Modified on 5/19/2022 (lea). (Entered: 05/18/2022) |
| 05/31/2022 | | 1098 | Statement of Issues on Appeal, *Debtors Statement of Issues and Counterdesignation of Record on Appeal* (RE: related document(s)1089 Statement of Issues on Appeal filed by Creditor California Franchise Tax Board). Filed by Debtor Anthony Scott Levandowski (Brar, Danisha). Related document(s) Related document(s) 1036 Notice of Appeal and Statement of Election filed by Creditor California Franchise Tax Board. CORRECTIVE ENTRY: Clerk added linkage to document # 1036. DEFECTIVE ENTRY : Additional event code not selected. Modified on 6/1/2022 (pw). (Entered: 05/31/2022) |

1  ROB BONTA
   Attorney General of California
2  MICHAEL D. GOWE
   Supervising Deputy Attorney General
3  CARA M. PORTER
   Deputy Attorney General
4  State Bar No. 266045
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 510-3508
6    Fax:  (415) 703-5480
     E-mail:  Cara.Porter@doj.ca.gov
7  *Attorneys for Creditor and Appellant
   California Franchise Tax Board*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**ANTHONY SCOTT LEVANDOWSKI,**<br>Debtor. | CASE NO. 20-30242 HLB<br>Chapter 11<br>**CALIFORNIA FRANCHISE TAX BOARD'S STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL**<br>[Re Dkt. No. 1036] |

Creditor and Appellant California Franchise Tax Board ("FTB"), pursuant to Rule 8009(a)(1) of the Federal Rules of Bankruptcy Procedure, hereby submits its designation of the items to be included in the record on appeal and a statement of the issues to be presented for Case No. 4:22-cv-02789-YGR, pending before the United States District Court for the Northern District of California.

/ / /

/ / /

/ / /

## I. ISSUES ON APPEAL

FTB presents the following issues on appeal:

1. May a Bankruptcy Court make a determination under 11 U.S.C. § 505(a) concerning a debtor's tax liability for a payment not yet made, in a tax period that has not concluded?

2. Is a determination under 11 U.S.C. § 505 of the potential tax effects of a proposed plan of reorganization prior to confirmation of the plan of reorganization an impermissible advisory opinion?

3. Did the Bankruptcy Court err in concluding that a third party's agreement to indemnify a taxpayer for actions the taxpayer performed prior to entering into the indemnification agreement constituted insurance?

4. Did the Bankruptcy Court err in failing to categorize portions, or the entirety, of a third party's settlement payment on behalf of a taxpayer it indemnified as between categories of taxable or non-taxable events?

5. Did the Bankruptcy Court err in failing to analyze all potential, colorable tax effects presented for a settlement payment made on a taxpayer's behalf to a third party when the court determined the amount or legality of tax under 11 U.S.C. § 505?

## II. DESIGNATION OF THE RECORD[1]

FTB hereby incorporates the documents identified in *United States' Statement of Issues on Appeal and Designation of Record on Appeal (Notice of Appeal ECF No. 1034)* [Dkt. 1086] and *United States' Statement of Issues on Appeal and Designation of Record on Appeal (Notice of Appeal ECF No. 1035)* [Dkt. 1086] as if set forth fully herein.[2] Additionally, FTB designates the following documents:

---

[1] FTB's Designation of the Record here is identical to FTB's Designation of the Record in FTB's Appeal of the Confirmation Order [USDC Case No. 4:22-cv-02786-YGR], arising from the same underlying bankruptcy case: *In re Levandowski*, USBC Case No. 20-30242 HLB.

[2] The United States designated the identical documents in Docket No. 1086 and Docket No. 1087. While FTB does not anticipate using all of the documents the United States designated, FTB incorporates the entirety of the United States' designation for ease of the clerk's compilation of documents and because FTB intends to file a motion for the district court to jointly administer the four appeals.

| Bankruptcy Docket No. | Date Entered | Description |
|---|---|---|
|  | 02/10/2022 | Docket Text Order (no separate order issued) |
| 836 | 02/10/2022 | Proposed Redacted Document |
|  | 03/03/2022 | Docket Text Order (no separate order issued) |
|  | 03/10/2022 | Docket Text Order (no separate order issued) |
|  | 03/11/2022 | Docket Text Order (no separate order issued) |
| 904 | 03/15/2022 | Sealed Transcript Regarding Hearing Held 3/11/2022 |
| 922 | 03/21/2022 | Uber's Notice Regarding / Notice of Intent to Request Transcript Redaction of March 3, 2022 Hearing |
| 923 | 03/21/2022 | Uber's Notice Regarding / Notice of Intent to Request Transcript Redaction of March 10, 2022 Hearing |
| 934 | 03/29/2022 | Sealed Redacted Transcript Regarding Hearing Held 3/10/2022 |
| 936 | 03/29/2022 | Sealed Redacted Transcript Regarding Hearing Held 3/3/2022 |
| 954 | 04/01/2022 | PDF with Audio File Attached from Hearing Held on 03/31/2022 at 9:00 AM |
| 1023 | 04/22/2022 | PDF with Audio File Attached from Hearing Held on 04/22/2022[3] at 11:00 AM |
| 1038 | 05/04/2022 | Uber's Notice of Intent to Request Transcript Redaction of April 21, 2022 Hearing |

/ / /

/ / /

/ / /

---

[3] The Court's docket and the document itself reflect the hearing date of April 22, 2022. However, the recording documents the hearing that occurred on April 21, 2022.

FTB also identifies as part of the record on appeal the unredacted *Motion to (I) Determine Tax Effect of Settlement Payment or, in the Alternative, (II) Find the Debtors Plan Feasible without Reserving for Taxes Thereon (IRS/FTB)* and all the exhibits that were served on FTB pursuant to the Bankruptcy Court's text order dated 3/21/2022.

Dated: May 18, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
MICHAEL D. GOWE
Supervising Deputy Attorney General

*/s/ Cara M. Porter*
CARA M. PORTER
Deputy Attorney General
*Attorneys for Creditor and Appellant California Franchise Tax Board*

# CERTIFICATE OF SERVICE

Case Name:  **In re:**                                                     No.    **20-30242 HLB**
            **ANTHONY SCOTT**
            **LEVANDOWSKI**

I hereby certify that on <u>May 18, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

> **CALIFORNIA FRANCHISE TAX BOARD'S STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>May 18, 2022</u>, at San Francisco, California.

Rachel Patu
Declarant

*[Signature]*
Signature

SF2022400607
43226149.docx

**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DARA L. SILVEIRA (Cal. Bar No. 274923)
(dsilveira@kbkllp.com)
DANISHA BRAR (Cal. Bar No. 312950)
(dbrar@kbkllp.com)
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Attorneys for Debtor and Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Bankruptcy Case No. 20-30242 (HLB)<br><br>Chapter 11<br><br>**DEBTOR'S STATEMENT OF ISSUES AND COUNTERDESIGNATION OF RECORD ON APPEAL**<br><br>[Dkt. Nos. 1036; 1089] |

Anthony Scott Levandowski, as debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case") respectfully submits its counterdesignation to the statement filed by the Franchise Tax Board (the "FTB") [Dkt. No. 1089] of items to be included in the record on appeal and a statement of issues to be presented for Case No. 4:22-cv-02789-YGR, pending before the United States District Court for the Northern District of California.

**Statement of Issues**

In addition to the issues presented by the FTB, the Debtor presents the following additional items:

- Did the United States Bankruptcy Court for the Northern District of California (San Francisco Division), the Honorable Hannah Blumenstiel presiding (the "Bankruptcy Court"), have the authority to issue its *Order Granting Debtor's Motion to (I) Determine Tax Effect of Settlement Payment or (II) Find the Debtors Plan Feasible Without Reserving for Tax Thereon* [Docket No. 1034]?
- Did the Bankruptcy Court abuse its discretion in concluding that a payment made by an indemnitor directly to a third party was not taxable to the indemnitee?

**Counterdesignation of the Record**

In addition to the items designated by the FTB, the Debtor designates the following documents:

| Dkt. No. | Date Filed | Name of Pleading |
|---|---|---|
| 895 | 03/15/2022 | (SEALED) Transcript Regarding Hearing Held 3/3/2022 |
| 900 | 03/15/2022 | (SEALED) Transcript Regarding Hearing Held 3/10/2022 |
| 1004 | 04/15/2022 | Notice Regarding Filing of Supplement to Debtors Combined Disclosure Statement and Chapter 11 Plan dated March 29, 2022 |
| 1018 | 04/20/2022 | Notice Regarding Filing of Second Supplement to Debtors Combined Disclosure Statement and Chapter 11 Plan dated March 29, 2022 |
| 1019 | 04/20/2022 | Notice Regarding Filing of Redline Release Agreement, Residual Liquidation Trust Agreement, and Confirmation Order |

Dated: May 31, 2022                     **KELLER BENVENUTTI KIM LLP**

                                        By: */s/ Dara L. Silveira*
                                             Dara L. Silveira