ROB BONTA
Attorney General of California
MICHAEL D. GOWE
Supervising Deputy Attorney General
CARA M. PORTER
Deputy Attorney General
State Bar No. 266045
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-3508
  Fax: (415) 703-5480
  E-mail: Cara.Porter@doj.ca.gov
*Attorneys for Creditor and Appellant
California Franchise Tax Board*

IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

7/5/2022

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **In re**<br><br>**ANTHONY SCOTT LEVANDOWSKI,**<br><br>Debtor.<br><hr>**THE UNITED STATES OF AMERICA on behalf of THE INTERNAL REVENUE SERVICE**<br><br>- and -<br><br>**CALIFORNIA FRANCHISE TAX BOARD,**<br><br>Appellants,<br><br>**v.**<br><br>**ANTHONY SCOTT LEVANDOWSKI,**<br><br>Appellee.<br><br>*\* All papers shall be filed in the Lead Case, No. 22-cv-02781-YGR.* | Case Nos 4:22-cv-02781-YGR<br>          4:22-cv-02783-YGR<br>          4:22-cv-02786-YGR<br>          4:22-cv-02789-YGR<br><br>On appeal from:<br>Bankruptcy Case No. 20-30242 (HLB)<br>Chapter 11<br><br>(Jointly Administered)<br><br>**STIPULATION RE BRIEFING SCHEDULE FOR APPEALS** |

SUBJECT TO THE APPROVAL OF THE COURT, the parties hereby stipulate to the following:

WHEREAS, the bankruptcy court in the underlying bankruptcy case (Case No. 20-30242-HLB) entered two related orders on May 2, 2022: one granting Debtor's motion to determine the tax effect of a settlement payment, ("Tax Order", Bankruptcy Court Dkt. No. 1028) and the other confirming Mr. Levandowski's Chapter 11 Plan dated March 29, 2022 ("Confirmation Order", Bankruptcy Court Dkt. No. 1030); and

WHEREAS, the United States on behalf of the Internal Revenue Service ("IRS") and the California Franchise Tax Board ("FTB") each filed separate notices of appeals of the Tax Order and the Confirmation Order, which the District Court docketed under case numbers 4:22-cv-02781, 4:22-cv-02783, 4:22-cv-02786 and 4:22-cv-02789 (collectively, "Appeals"); and

WHEREAS, the Court entered the Order Directing Joint Administration of Appeals Pursuant to Federal Rule of Civil Procedure 42(a) on June 1, 2022, ordering the joint administration of the Appeals under case number 4:22-cv-02781 for procedural purposes only; and

WHEREAS, on June 6, 2022, the clerk of the bankruptcy court clerk transmitted the record on appeal to the District Court as to each of the Appeals. Dkt. Nos. 20, 21, 22 and 23; and

WHEREAS, counsel for all three Parties have agreed to a mutually agreeable briefing schedule;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the respective attorneys of record for the stated Parties, subject to the Court's approval, as follows:

1. The deadline for FTB and the United States to file and serve their opening briefs shall be July 15, 2022;

2. The deadline for Mr. Levandowski to file and serve his responsive briefs shall be 39 days after service of FTB's and the United States' opening briefs;

/ / /

/ / /

/ / /

/ / /

3. The deadline for FTB and the United States to file and serve their reply briefs shall be 14 days after service of Mr. Levandowski's responsive brief(s).

Dated: June 30, 2022  Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Boris Kukso*
BORIS KUKSO
AMY MATCHISON
*Attorneys for Appellant*
*United States of America*

Dated: June 30, 2022  ROB BONTA
Attorney General of California
MICHAEL D. GOWE
Supervising Deputy Attorney General

*/s/ Cara M. Porter*
CARA M. PORTER
Deputy Attorney General
*Attorneys for Appellant*
*California Franchise Tax Board*

Dated: June 30, 2022  GOODWIN PROCTER LLP

*/s/ Aaron S. Thompson*
AARON S. THOMPSON
*Attorneys for*
*Debtor and Appellee Anthony S. Levandowski*

**ECF CERTIFICATION**

Pursuant to Local Rule 5-1(h)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document.

*/s/ Cara M. Porter*
CARA M. PORTER
Deputy Attorney General
