|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 13 2022 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

In re: ANTHONY SCOTT LEVANDOWSKI,

           Debtor,

_____

UNITED STATES OF AMERICA, on behalf of the Internal Revenue Service,

           Plaintiff-Appellant,

CALIFORNIA FRANCHISE TAX BOARD,

           Plaintiff-Appellee,

  v.

ANTHONY SCOTT LEVANDOWSKI, Debtor in Possession; OFFICE OF THE U.S. TRUSTEE, Trustee,

           Defendants-Appellees.

No. 22-15909

D.C. Nos.   4:22-cv-02781-YGR
                 4:22-cv-02783-YGR
                 4:22-cv-02786-YGR
                 4:22-cv-02789-YGR

Northern District of California, Oakland

ORDER

Appellant's motion for voluntary dismissal of this appeal (Docket Entry No. 26) is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

SH/MOATT

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Susan Hidalgo
Deputy Clerk
Ninth Circuit Rule 27-7