IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **In re**<br><br>**ANTHONY SCOTT LEVANDOWSKI,**<br><br>Debtor.<br><br>**THE UNITED STATES OF AMERICA on behalf of THE INTERNAL REVENUE SERVICE**<br><br>- and -<br><br>**CALIFORNIA FRANCHISE TAX BOARD,**<br><br>Appellants,<br><br>v.<br><br>**ANTHONY SCOTT LEVANDOWSKI,**<br><br>Appellee.<br><br>*\* All papers shall be filed in the Lead Case, No. 22-cv-02781-YGR.* | Case Nos   4:22-cv-02781-YGR<br>                      4:22-cv-02783-YGR<br>                      4:22-cv-02786-YGR<br>                      4:22-cv-02789-YGR<br><br>On appeal from:<br>Bankruptcy Case No. 20-30242 (HLB)<br>Chapter 11<br><br>(Jointly Administered)<br><br>**ORDER APPROVING STIPULATED BRIEFING SCHEDULE FOR APPEALS**<br><br>**\*\*AS MODIFIED BY THE COURT\*\*** |

The Court having reviewed the Stipulation re Briefing Schedule for Appeals, dated August 12, 2022, entered into by Appellants the United States and California Franchise Tax Board and

1

Order Approving Stipulated Briefing Schedule for Appeals (22-cv-02781-YGR; 22-cv-02783-YGR, 22-cv-02786-YGR, 22-cv-02789-YGR)

Debtor and Appellee Anthony S. Levandowski (collectively, the "Parties"), Docket No. 37, and good cause appearing therefor, **IT IS HEREBY ORDERED AS FOLLOWS**:

    1.    The deadline for the United States to file and serve its opening briefs shall remain August 15, 2022;

    2.    The deadline for Mr. Levandowski to file and serve his responsive briefs to the United States' opening briefs shall remain 69 days after service of the United States' opening briefs;

    3.    The deadline for the United States to file and serve its reply briefs shall remain 14 days after service of Mr. Levandowski's responsive briefs to the United States' appeals;

    4.    The deadline for FTB to file and serve its opening briefs shall be September 14, 2022;

    5.    The deadline for Mr. Levandowski to file and serve his responsive briefs to FTB's opening briefs shall be ~~99 days~~ 69 days after service of FTB's opening briefs without prejudice to Mr. Levandowski providing a substantiated reason for needing 99 days;

    6.    The deadline for FTB to file and serve its reply briefs shall remain 14 days after service of Mr. Levandowski's responsive briefs to FTB's appeals.

**IT IS SO ORDERED.**

Dated: August 15, 2022

_____
Honorable Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE

2

Order Approving Stipulated Briefing Schedule for Appeals (22-cv-02781-YGR; 22-cv-02783-YGR, 22-cv-02786-YGR, 22-cv-02789-YGR)