# EXHIBIT A
### (Proposed Order)

**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DARA L. SILVEIRA (Cal. Bar No. 274923)
(dsilveira@kbkllp.com)
650 California Street, Suite 1900
San Francisco, California  94108
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

**GOODWIN PROCTER LLP**
BRETT M. SCHUMAN (Cal. Bar No. 189247)
(BSchuman@goodwinlaw.com)
JENNIFER BRIGGS FISHER (Cal. Bar No. 241321)
(JFisher@goodwinlaw.com)
Three Embarcadero
San Francisco, California 94111
Telephone: (415) 733-6000
Facsimile: (415) 677-9041

*Attorneys for Appellees*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>    Reorganized Debtor. | Case Nos. 4:22-cv-02781-YGR;<br>            4:22-cv-02783-YGR;<br>            4:22-cv-02786-YGR; and<br>            4:22-cv-02789-YGR<br>        (Jointly Administered)<br><br>On Appeal from Bankruptcy Court<br>Case No. 3:20-bk-30242-HLB |
| The United States of America, on behalf of the Internal Revenue Service, and California Franchise Tax Board,<br><br>    Appellants,<br><br>v.<br><br>Anthony Scott Levandowski,<br><br>    Appellee. | **PROPOSED ORDER ON LEVANDOWSKI RESIDUAL LIQUIDATION TRUST'S MOTION FOR JOINDER AND SUBSTITUTION AS PARTY UNDER FEDERAL RULES OF CIVIL PROCEDURE 20(a)(2) AND 25(c)** |

1 | Upon consideration of the *Levandowski Residual Liquidation Trust's Motion for Joinder and Substitution as Party Under Federal Rules of Civil Procedure 20(a)(2) and 25(c)* (the "Substitution and Joinder Motion"); and having concluded that no hearing on the Substitution and Joinder Motion is necessary;

**IT IS HEREBY ORDERED THAT** the Substitution and Joinder Motion is granted; and

**IT IS FURTHER ORDERED THAT** the Levandowski Residual Liquidation Trust (the "Trust") is hereby joined to this case as an Appellee, as the successor to Anthony S. Levandowski as the former debtor-in-possession in Case No. 3:20-bk-30242-HLB (the "Bankruptcy Case"); and

**IT IS FURTHER ORDERED THAT** the Clerk of Court shall add the Trust as an Appellee to each of the above-referenced cases now pending before this Court; and

**IT IS FURTHER ORDERED THAT** Mr. Levandowski shall remain listed on the docket for each of the above-referenced cases as an Appellee, but only in his capacity as the debtor in the Bankruptcy Case.

** END OF ORDER **