**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DARA L. SILVEIRA (Cal. Bar No. 274923)
(dsilveira@kbkllp.com)
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

**GOODWIN PROCTER LLP**
BRETT M. SCHUMAN (Cal. Bar No. 189247)
(BSchuman@goodwinlaw.com)
JENNIFER BRIGGS FISHER (Cal. Bar No. 241321)
(JFisher@goodwinlaw.com)
Three Embarcadero
San Francisco, California 94111
Telephone: (415) 733-6000
Facsimile: (415) 677-9041

*Attorneys for Appellees*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br>ANTHONY SCOTT LEVANDOWSKI,<br>　　　　Reorganized Debtor. | Case Nos. 4:22-cv-02781-YGR;<br>　　　　　　4:22-cv-02783-YGR;<br>　　　　　　4:22-cv-02786-YGR; and<br>　　　　　　4:22-cv-02789-YGR<br>　　　　(Jointly Administered)<br><br>On Appeal from Bankruptcy Court<br>Case No. 3:20-bk-30242-HLB |
| The United States of America, on behalf of the Internal Revenue Service, and California Franchise Tax Board,<br>　　　　Appellants,<br>v.<br>The Levandowski Residual Liquidation Trust, as successor to the Debtor in Possession, and Anthony S. Levandowski,<br>　　　　Appellees. | **CORPORATE DISCLOSURE STATEMENT OF APPELLEE LEVANDOWSKI RESIDUAL LIQUIDATION TRUST** |

Pursuant to Rule 8012 of the Federal Rules of Bankruptcy Procedure, Appellee Levandowski Residual Liquidation Trust (the "Trust"), successor to the Debtor in Possession, hereby represents: The Trust is a liquidating trust (a form of grantor trust) governed by the laws of the State of California and is not a corporation. Google LLC is a beneficiary of the Trust entitled to receive in excess of 10% of the Trust's net recoveries.

Dated:  October 24, 2022

**GOODWIN PROCTER LLP**
**KELLER BENVENUTTI KIM LLP**

By: ___/s/ *Dara L. Silveira*___
       Dara L. Silveira

*Attorneys for Appellees*