# EXHIBIT A
### (Proposed Order)

**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DARA L. SILVEIRA (Cal. Bar No. 274923)
(dsilveira@kbkllp.com)
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

**GOODWIN PROCTER LLP**
BRETT M. SCHUMAN (Cal. Bar No. 189247)
(BSchuman@goodwinlaw.com)
JENNIFER BRIGGS FISHER (Cal. Bar No. 241321)
(JFisher@goodwinlaw.com)
Three Embarcadero
San Francisco, California 94111
Telephone: (415) 733-6000
Facsimile: (415) 677-9041

*Attorneys for Appellees*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>　　　　Reorganized Debtor. | Case Nos. 4:22-cv-02781-YGR;<br>　　　　　　4:22-cv-02783-YGR;<br>　　　　　　4:22-cv-02786-YGR; and<br>　　　　　　4:22-cv-02789-YGR<br>　　　(Jointly Administered)<br><br>On Appeal from Bankruptcy Court<br>Case No. 3:20-bk-30242-HLB |
| The United States of America, on behalf of the Internal Revenue Service, and California Franchise Tax Board,<br><br>　　　　Appellants,<br><br>v.<br><br>The Levandowski Residual Liquidation Trust, as successor to the Debtor in Possession, and Anthony S. Levandowski,<br><br>　　　　Appellees. | **PROPOSED ORDER ON MOTION TO DISMISS APPEALS**<br><br>[No Hearing Requested] |

1  Upon consideration of the *Motion to Dismiss Appeals* (the "Dismissal Motion"). the
2 Declarations of Amanda Swift and Tobias S. Keller filed in support thereof, the notice of hearing
3 on the Dismissal Motion, and the Certificate of Service thereon; and a hearings having been held
4 on November 29, 2022; and the Court having reviewed and having considered all papers filed in
5 response to the Dismissal Motion; and for the reasons stated on the record:
6  **IT IS HEREBY ORDERED THAT** the above-referenced Appeals are **DISMISSED.**
7  ** END OF ORDER **