**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DARA L. SILVEIRA (Cal. Bar No. 274923)
(dsilveira@kbkllp.com)
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

**GOODWIN PROCTER LLP**
BRETT M. SCHUMAN (Cal. Bar No. 189247)
(BSchuman@goodwinlaw.com)
JENNIFER BRIGGS FISHER (Cal. Bar No. 241321)
(JFisher@goodwinlaw.com)
Three Embarcadero
San Francisco, California 94111
Telephone: (415) 733-6000
Facsimile: (415) 677-9041

*Attorneys for Appellees*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>ANTHONY SCOTT LEVANDOWSKI,<br>Reorganized Debtor. | Case Nos. 4:22-cv-02781-YGR;<br>          4:22-cv-02783-YGR;<br>          4:22-cv-02786-YGR; and<br>          4:22-cv-02789-YGR<br>(Jointly Administered)<br><br>On Appeal from Bankruptcy Court Case No. 3:20-bk-30242-HLB |
| The United States of America, on behalf of the Internal Revenue Service, and California Franchise Tax Board,<br>          Appellants,<br>v.<br>The Levandowski Residual Liquidation Trust, as successor to the Debtor in Possession, and Anthony S. Levandowski,<br>          Appellees. | **DECLARATION OF AMANDA SWIFT IN SUPPORT OF MOTION TO DISMISS APPEALS**<br><br>Date:      November 29, 2022<br>Time:     2:00 p.m. (Pacific Time)<br>Before:   The Honorable Yvonne Gonzales Rogers<br>              1301 Clay Street<br>              Courtroom 1 (4th Floor)<br>              Oakland, CA 94612 |

I, Amanda Swift, hereby declare pursuant 28 U.S.C. § 1746:

1. I am a principal of the firm of Province, LLC (the "Firm"), a firm with offices at 16255 Ventura Blvd, Suite 440, Encino, CA, 91436. The Firm provides support to Peter Kravitz, a principal in the Firm and trustee (the "Trustee") of the Levandowski Residual Liquidation Trust (the "Trust"), successor to the debtor in possession. I make the statements contained herein of my own personal knowledge and if called upon to so, could testify competently to them.

2. I submit this Declaration in support of the Motion to Dismiss Appeals (the "Motion"[1]).

3. As reflected in the docket, the Plan became effective on August 25, 2022, the "Effective Date"). [Bankr. Docket No. 1181.]

4. Based on my understanding of the term, I believe the Plan was "substantially consummated" on or shortly after the Effective Date, because:

   a. The Trust was executed and became effective.

   b. All or substantially all of the property proposed by the Plan to be transferred to the Trust was transferred, including its cash.

   c. The Trustee assumed management of the property dealt with by the Plan.

   d. The Trustee fixed reserves for various administrative creditors, including the Taxing Authorities with respect to taxes incurred prior to the Effective Date.

   e. Distributions commenced under the Plan. As of the date of this declaration, the Trust has transferred over 95% of the cash to be distributed to holders of Class 3 General Unsecured Claims (as such class is described in the Plan) against the Debtor.

5. The Trust continues to be administered for the benefit of the administrative creditors, Google, LLC, Class 3 General Unsecured Creditors, and the debtor.

///

---

[1] Capitalized terms used but not defined herein shall have the meanings attributed to them in the Motion.

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct. Executed this 24th day of October, 2022, in San Francisco, California.

_____
Amanda Swift