# EXHIBIT A
**(Proposed Order)**

**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DARA L. SILVEIRA (Cal. Bar No. 274923)
(dsilveira@kbkllp.com)
650 California Street, Suite 1900
San Francisco, California  94108
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

**GOODWIN PROCTER LLP**
BRETT M. SCHUMAN (Cal. Bar No. 189247)
(BSchuman@goodwinlaw.com)
JENNIFER BRIGGS FISHER (Cal. Bar No. 241321)
(JFisher@goodwinlaw.com)
Three Embarcadero
San Francisco, California 94111
Telephone: (415) 733-6000
Facsimile: (415) 677-9041

*Attorneys for Appellees*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Reorganized Debtor. | Case Nos. 4:22-cv-02781-YGR;<br>4:22-cv-02783-YGR;<br>4:22-cv-02786-YGR; and<br>4:22-cv-02789-YGR<br>(Jointly Administered)<br><br>On Appeal from Bankruptcy Court<br>Case No. 3:20-bk-30242-HLB |
| The United States of America, on behalf of the Internal Revenue Service, and California Franchise Tax Board,<br><br>Appellants,<br><br>v.<br><br>The Levandowski Residual Liquidation Trust, as successor to the Debtor in Possession, and Anthony S. Levandowski,<br><br>Appellees. | **PROPOSED ORDER ON APPELLEES' MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8009(f) FOR ACCEPTANCE OF DOCUMENTS FILED UNDER SEAL**<br><br>[No Hearing Requested] |

Upon consideration of *Appellees' Motion Pursuant to Federal Rule of Bankruptcy Procedure 8009(f) for Acceptance of Documents Filed Under Seal* (the "Sealed Document Motion"); the Declaration of Dara L. Silveira filed in support of the Sealed Document Motion; and having concluded that no hearing on the Sealed Document Motion is necessary;

**IT IS HEREBY ORDERED THAT** the Sealed Document Motion is granted; and

**IT IS FURTHER ORDERED THAT** this Court shall accept the unsealed and unredacted versions of the documents identified in the Sealed Document Motion; and

**IT IS FURTHER ORDERED THAT** Appellees shall file a notice of this order in Case No. 3:20-bk-30242-HLB (the "Bankruptcy Case"); and

**IT IS FURTHER ORDERED THAT** counsel for Appellees shall alert the clerk of the court in which the Bankruptcy Case is pending of this Order.

** END OF ORDER **