**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DARA L. SILVEIRA (Cal. Bar No. 274923)
(dsilveira@kbkllp.com)
650 California Street, Suite 1900
San Francisco, California  94108
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

**GOODWIN PROCTER LLP**
BRETT M. SCHUMAN (Cal. Bar No. 189247)
(BSchuman@goodwinlaw.com)
JENNIFER BRIGGS FISHER (Cal. Bar No. 241321)
(JFisher@goodwinlaw.com)
Three Embarcadero
San Francisco, California 94111
Telephone: (415) 733-6000
Facsimile: (415) 677-9041

*Attorneys for Appellees*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>ANTHONY SCOTT LEVANDOWSKI,<br>Reorganized Debtor. | Case Nos. 4:22-cv-02781-YGR;<br>4:22-cv-02783-YGR;<br>4:22-cv-02786-YGR; and<br>4:22-cv-02789-YGR<br>(Jointly Administered)<br><br>On Appeal from Bankruptcy Court<br>Case No. 3:20-bk-30242-HLB |
| The United States of America, on behalf of the Internal Revenue Service, and California Franchise Tax Board,<br><br>Appellants,<br><br>v.<br><br>The Levandowski Residual Liquidation Trust, as successor to the Debtor in Possession, and Anthony S. Levandowski,<br><br>Appellees. | **DECLARATION OF DARA L. SILVEIRA IN SUPPORT OF APPELLEES' MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8009(f) FOR ACCEPTANCE OF DOCUMENTS FILED UNDER SEAL**<br><br>[No Hearing Requested] |

I, Dara L. Silveira, hereby declare pursuant 28 U.S.C. § 1746:

1. I am an associate with the firm of Keller Benvenutti Kim LLP, a law firm with offices at 650 California Street, Suite 1900, San Francisco, California 94108. I make the statements contained herein of my own personal knowledge and if called upon to so, could testify competently to them.

2. I submit this Declaration in support of the *Appellees' Motion Pursuant to Federal Rule of Bankruptcy Procedure 8009(f) for Acceptance of Documents Filed Under Seal* (the "Motion").[1]

3. One of the key terms of the global resolution between the Debtor, Google, and Uber was the payment by Uber to Google of the Main Uber Payment, the amount of which Uber requested be kept confidential. The Bankruptcy Court granted numerous sealing and redaction motions surrounding the Main Uber Payment.

4. Uber has requested that the amount of the Main Uber Payment be protected from disclosure before this Court as well.

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct. Executed this twenty-fourth day of October, 2022, in San Francisco, California.

                                                 */s/ Dara L. Silveira*
                                                 Dara L. Silveira

---

[1] Capitalized terms used but not defined herein shall have the meanings attributed to them in the Motion.