| | |
|---|---|
| 1 | ROB BONTA<br>Attorney General of California |
| 2 | TAMAR PACHTER<br>Senior Assistant Attorney General |
| 3 | LISA W. CHAO<br>Supervising Deputy Attorney General |
| 4 | JOHN C. KEITH<br>Deputy Attorney General |
| 5 | State Bar No. 229755 |
| 6 | 300 S. Spring St., Suite 1702<br>Los Angeles, CA  90013 |
| 7 | Telephone:  (213) 269-6251<br>Fax:  (916) 731-2144 |
| 8 | E-mail:  john.keith@doj.ca.gov<br>*Attorneys for Appellant*<br>*California Franchise Tax Board* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **In re:**<br><br>**ANTHONY SCOTT LEVANDOWSKI,**<br><br>Debtor. | District Court Case Nos.<br>    4:22-cv-02781-YGR<br>    4:22-cv-02783-YGR<br>    4:22-cv-02786-YGR<br>    4:22-cv-02789-YGR<br>    (Jointly Administered) |
| **THE UNITED STATES OF AMERICA on behalf of THE INTERNAL REVENUE SERVICE and CALIFORNIA FRANCHISE TAX BOARD,**<br><br>Appellants,<br><br>**v.**<br><br>**THE LEVANDOWSKI RESIDUAL LIQUIDATION TRUST, as successor to the Debtor in Possession, and ANTHONY SCOTT LEVANDOWSKI,**<br><br>Appellees. | Bankruptcy Court Case No.<br>    3:20-bk-30242-HLB<br><br>**NOTICE OF APPEARANCE OF JOHN C. KEITH AS COUNSEL FOR APPELLANT CALIFORNIA FRANCHISE TAX BOARD** |

TO THE COURT, THE CLERK OF COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that John C. Keith, who is admitted to practice in this Court and whose contact information is set forth on the preceding page, appears herein as counsel of record for appellant California Franchise Tax Board.

Dated:  December 16, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
TAMAR PACHTER
Senior Assistant Attorney General
LISA W. CHAO
Supervising Deputy Attorney General


*/s/ John C. Keith*
JOHN C. KEITH
Deputy Attorney General
*Attorneys for Creditor and Appellant
California Franchise Tax Board*