UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:**<br><br>**ANTHONY SCOTT LEVANDOWSKI,**<br><br>Debtor. | Case Nos. 4:22-cv-02781-YGR (lead case)<br>4:22-cv-02783-YGR<br>4:22-cv-02786-YGR<br>4:22-cv-02789-YGR<br><br>On appeal from:<br>Bankruptcy Case No. 20-30242 (HLB)<br>Chapter 11 |
| **THE UNITED STATES OF AMERICA on behalf of THE INTERNAL REVENUE SERVICE**<br><br>- and -<br><br>**CALIFORNIA FRANCHISE TAX BOARD,**<br><br>Appellants,<br><br>v.<br><br>**ANTHONY SCOTT LEVANDOWSKI, ET AL.**<br><br>Appellees. | (Jointly Administered)<br><br>**JUDGMENT** |

In accordance with the Court's opinion, judgment is entered. The Clerk of Court shall enter judgment and close the matter.

**IT IS SO ORDERED.**

Dated: March 14, 2023

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE